# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SAMUEL SCUDDER                                                                      PLAINTIFF

V.                       CASE NO. 4:16-CV-00297-BD

DOLGENCORP LLC                                                                      DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, judgment is rendered in favor of Dolgencorp LLC. This case is DISMISSED, with prejudice.

IT IS SO ORDERED this 18th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE