# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SAMUEL SCUDDER**                                                                        **PLAINTIFF**

**CASE NO. 4:16-CV-297-BD**

**DOLGENCORP LLC**                                                        **DEFENDANT**

## **ORDER**

The parties have jointly filed a stipulation of dismissal with prejudice requesting that the Court dismiss this case. (Docket entry #61) Accordingly, the case is hereby dismissed, with prejudice, with each party bearing their own costs and expenses.

The trial scheduled for May 30, 2019, is canceled, and the Clerk is directed to close this case.

IT IS SO ORDERED this 22nd day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE